# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Shavanna Moore                                  Docket No. 7:09-M-1212-1

### Petition for Action on Probation

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shavanna Moore, who, upon an earlier plea of guilty to Child Neglect, in violation of 18 U.S.C. §13, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on August 18, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant must attend parenting classes as directed by the probation office.

2. The defendant shall undergo a mental health evaluation and counseling as directed by U.S. Probation Office.

3. The defendant shall not go on or enter Camp Lejeune during the probationary term.

4. The defendant shall pay a special assessment of $10 and a fine of $100.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is attending Miller Motte College in Jacksonville, North Carolina, studying phlebotomy. She is scheduled to complete the college program in December, 2011, and must complete an internship as a requirement of her studies. The defendant has requested permission to board Camp Lejeune in order to take advantage of potential internship opportunities as recommended by her school advisor. It is noted that the defendant's co-defendant husband appeared in court on October 13, 2010, and pled guilty to the same charge. He was placed on probation; however, the special conditions imposed do not prohibit him from entering the military base.

To date, the defendant has complied with requirements of supervision. She and her husband are scheduled to complete parenting classes at PEERS in Jacksonville in December, 2010. The defendant has been referred to Coastal Carolina Neuropsychiatric Center for a mental health evaluation as ordered by the court. All surprise urine screens have proven negative for illegal substances. The defendant appears committed to earning her degree and her latest report card revealed grades of three A's and one B.

Shavanna Moore
Docket No. 7:09-M-1212-1
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The court strikes the special condition of probation prohibiting the defendant from entering Camp Lejeune during the probationary term.

      Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ Djoni B. Barrett<br>Djoni B. Barrett<br>U.S. Probation Officer<br>472-C Western Blvd.<br>Jacksonville, NC 28546-6862<br>Phone: (910) 347-9038<br>Executed On: November 15, 2010 |

### ORDER OF COURT

Considered and ordered this _15th_ day of _November_, 2010, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge